

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00396-CV

| | | |
|---|---|---|
| Rose Starnes | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2013-004833-1) |
| v. | | |
| | § | March 20, 2014 |
| AH4R I TX DFW, LLC, A Delaware Limited Liability Co. | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM